People v King (2024 NY Slip Op 01453)

People v King

2024 NY Slip Op 01453

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, GREENWOOD, AND NOWAK, JJ.

903 KA 22-01003

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DEVONAIRE KING, DEFENDANT-APPELLANT. 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (SARA A. GOLDFARB OF COUNSEL), FOR DEFENDANT-APPELLANT.

 Appeal from a judgment of the Onondaga County Court (Gordon J. Cuffy, A.J.), rendered June 15, 2022. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of criminal possession of a weapon in the second degree (Penal Law § 265.03 [1] [b]).
Contrary to defendant's contention on appeal, his sentence is not unduly harsh or severe. However, both the certificate of conviction and the uniform sentence and commitment form must be corrected to reflect defendant's status as a second violent felony offender rather than a second felony offender (see People v Nelson, 206 AD3d 1703, 1704 [4th Dept 2022], lv denied 38 NY3d 1152 [2022]; People v Mobayed, 158 AD3d 1221, 1223 [4th Dept 2018], lv denied 31 NY3d 1015 [2018]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court